**Opinion issued October 21, 2014**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-14-00794-CR**

———————————

**IN RE ISMAEL NARANJO, Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

**MEMORANDUM OPINION**

Relator Ismael Naranjo, acting pro se, has filed an amended petition for writ of mandamus requesting that we (1) compel the district court clerk to transmit relator's "Motion to Obtain Documents and Trial Records In Forma Pauperis" to the convicting trial court and (2) compel the trial court to "issue an order

compelling discovery in said cause of action." [*] We **deny** the petition for writ of mandamus.

**PER CURIAM**

Panel consists of Justices Higley, Bland, and Sharp.

Do not publish. TEX. R. APP. P. 47.2(b).

---

[*] The underlying case is *State of Texas v. Ismael Naranjo*, cause number 1142607, in the 184th District Court of Harris County, Texas, the Honorable Jan Krocker presiding.